# Earnings Statement

**ADP**

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

Period Beginning: 03/24/2025
Period Ending: 03/30/2025
Pay Date: 04/04/2025

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

KEISHA HAMILTON
6300 OLD YORK ROAD
PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 7,840.00 |
| Overtime | 21.0000 | 16.00 | 336.00 | 4,536.00 |
| **Gross Pay** | | | **$896.00** | 12,376.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -55.55 | 767.31 |
| Medicare Tax | | -12.99 | 179.45 |
| PA State Income Tax | | -27.51 | 379.98 |
| Philadelphia Income Tax | | -33.60 | 464.10 |
| PA SUI Tax | | -0.62 | 8.66 |
| **Other** | | | |
| Medical Care | | -6.92 | |
| **Net Pay** | | **$758.81** | |
| CHECKING | | -758.81 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | | 56.00 |

**Important Notes**
COMPANY PH#:(215) 621-7431

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $896.00

© 2000 ADP, Inc.

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

Advice number: 00000140117
Pay date: 04/04/2025



**Deposited to the account of**
KEISHA HAMILTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx8848 | xxxx xxxx | $758.81 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

Period Beginning: 03/31/2025
Period Ending: 04/06/2025
Pay Date: 04/11/2025

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

KEISHA HAMILTON
6300 OLD YORK ROAD
PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 8,400.00 |
| Overtime | 21.0000 | 16.00 | 336.00 | 4,872.00 |
| **Gross Pay** | | | **$896.00** | 13,272.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -55.55 | 822.86 |
| | Medicare Tax | -12.99 | 192.44 |
| | PA State Income Tax | -27.51 | 407.49 |
| | Philadelphia Income Tax | -33.60 | 497.70 |
| | PA SUI Tax | -0.63 | 9.29 |
| | **Other** | | |
| | Medical Care | -6.92 | |
| | **Net Pay** | **$758.80** | |
| | CHECKING | -758.80 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.00 | |

**Important Notes**
COMPANY PH#:(215) 621-7431

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $896.00

© 2000 ADP, Inc.

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

Advice number: 00000150109
Pay date: 04/11/2025

**Deposited to the account of**
KEISHA HAMILTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx8848 | xxxx xxxx | $758.80 |



**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

Period Beginning: 03/03/2025
Period Ending: 03/09/2025
Pay Date: 03/14/2025

Filing Status: Head of household
Exemptions/Allowances:
    Federal: Standard Withholding Table

KEISHA HAMILTON
6300 OLD YORK ROAD
PHILADELPHIA PA 19141

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 6,160.00 |
| Overtime | 21.0000 | 16.00 | 336.00 | 3,528.00 |
| **Gross Pay** | | | **$896.00** | 9,688.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -55.56 | 600.66 |
| | Medicare Tax | -13.00 | 140.48 |
| | PA State Income Tax | -27.51 | 297.45 |
| | Philadelphia Income Tax | -33.60 | 363.30 |
| | PA SUI Tax | -0.63 | 6.78 |
| | **Other** | | |
| | Medical Care | -6.92 | |
| | **Net Pay** | **$758.78** | |
| | CHECKING | -758.78 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.00 | |

**Important Notes**
COMPANY PH#:(215) 621-7431

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $896.00

© 2000 ADP, Inc.

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

**Advice number:** 00000110109
**Pay date:** 03/14/2025



**Deposited to the account of**
KEISHA HAMILTON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx8848 | xxxx xxxx | $758.78 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

Period Beginning: 02/24/2025
Period Ending: 03/02/2025
Pay Date: 03/07/2025

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

KEISHA HAMILTON
6300 OLD YORK ROAD
PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 5,600.00 |
| Overtime | 21.0000 | 16.00 | 336.00 | 3,192.00 |
| **Gross Pay** | | | **$896.00** | 8,792.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.00 | |

**Important Notes**
COMPANY PH#:(215) 621-7431

BASIS OF PAY: HOURLY

**Deductions**

**Statutory**
| | |
|---|---|
| Social Security Tax | -55.55 | 545.10 |
| Medicare Tax | -12.99 | 127.48 |
| PA State Income Tax | -27.51 | 269.94 |
| Philadelphia Income Tax | -33.60 | 329.70 |
| PA SUI Tax | -0.62 | 6.15 |

**Other**
| | |
|---|---|
| Medical Care | -6.92 |
| **Net Pay** | **$758.81** |
| CHECKING | -758.81 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $896.00

© 2000 ADP, Inc.

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

**Advice number:** 00000100118
**Pay date:** 03/07/2025



**Deposited to the account of**    account number    transit ABA    amount
**KEISHA HAMILTON**    xxxxxxx8848    xxxx xxxx    $758.81

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA,  PA 19141-1852

Period Beginning:  02/17/2025
Period Ending:     02/23/2025
Pay Date:          02/28/2025

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

KEISHA HAMILTON
6300 OLD YORK ROAD
PHILADELPHIA PA 19141

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 5,040.00 |
| Overtime | 21.0000 | 16.00 | 336.00 | 2,856.00 |
| **Gross Pay** | | | **$896.00** | 7,896.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -55.55 | 489.55 |
| | Medicare Tax | -12.99 | 114.49 |
| | PA State Income Tax | -27.51 | 242.43 |
| | Philadelphia Income Tax | -33.60 | 296.10 |
| | PA SUI Tax | -0.63 | 5.53 |
| | **Other** | | |
| | Medical Care | -6.92 | |
| | **Net Pay** | **$758.80** | |
| | CHECKING | -758.80 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.00 | |

**Important Notes**
COMPANY PH#:(215) 621-7431

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $896.00

© 2000 ADP, Inc.

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

**Advice number:** 00000090109
**Pay date:** 02/28/2025



**Deposited to the account of** | account number | transit ABA | amount
**KEISHA HAMILTON** | xxxxxxx8848 | xxxx xxxx | $758.80

**NON-NEGOTIABLE**

# Earnings Statement

ADP

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

Period Beginning: 02/03/2025
Period Ending: 02/09/2025
Pay Date: 02/14/2025

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

KEISHA HAMILTON
6300 OLD YORK ROAD
PHILADELPHIA PA 19141

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 40.00 | 560.00 | 3,920.00 |
| Overtime | 21.0000 | 16.00 | 336.00 | 2,184.00 |
| **Gross Pay** | | | **$896.00** | 6,104.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -55.55 | 378.45 |
| | Medicare Tax | -12.99 | 88.51 |
| | PA State Income Tax | -27.51 | 187.41 |
| | Philadelphia Income Tax | -33.60 | 228.90 |
| | PA SUI Tax | -0.62 | 4.27 |
| | **Other** | | |
| | Medical Care | -6.92 | |
| | **Net Pay** | **$758.81** | |
| | CHECKING | -758.81 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.00 | |

**Important Notes**
COMPANY PH#:(215) 621-7431

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $896.00

© 2000 ADP, Inc.

---

PRISTINE HOME CARE, LLC
5924 N BROAD ST
PHILADELPHIA, PA 19141-1852

**Advice number:** 00000070100
**Pay date:** 02/14/2025



**Deposited to the account of**
**KEISHA HAMILTON**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx8848 | xxxx xxxx | $758.81 |

**NON-NEGOTIABLE**

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Keisha B Hamilton                      |Personnel Number.....  ████            |
|6300 OLD YORK RD APT 1421              |Liquor Control Board                   |
|PHILADELPHIA PA   19141-2025           |Pay Period.. 03/16/2025 - 03/29/2025   |
|                                       |Fed Tax Status: Single or Married Filing Sep |
|                                       |Fed Tax Allowances: 00   Period: 08/2025 |
|B/U:M1     Group:02     Level:A        |                                       |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 04/11/2025 | 841.64 | = | 1,088.00 | + | 0.00 | - | 210.36 | - | 36.00 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 17.00 | 64.00 | 1,088.00 | 8,568.00 |
| OT 1.5 | | | | 204.00- |
| SDiff 1.0 | | | | 0.85- |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 1,088.00 | 8,363.15 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 52.16 | 386.81 |
| TX EE Social Security Tax | 67.46 | 518.52 |
| TX EE Medicare Tax | 15.78 | 121.27 |
| State            Pennsylvania | | |
| TX Withholding Tax | 33.40 | 256.74 |
| TX EE Unemployment Tax | 0.76 | 5.85 |
| Local            Philadelphia | | |
| TX Withholding Tax | 40.80 | 313.62 |
| EE Taxes | 210.36 | 1,602.81 |

| Deductions | Amount | Year To Date |
|---|---|---|
| PAC - UFCW | 2.00 | 16.00 |
| UFCW - 1776 Union Dues | 34.00 | 272.00 |
| Total Deductions | 36.00 | 288.00 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 841.64 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 67.46 |
| TX ER Medicare Tax | 15.78 |
| ER Workers Comp Benefit | 23.69 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,088.00 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Keisha B Hamilton                         |Personnel Number.....  ████                    |
|6300 OLD YORK RD APT 1421                 |Liquor Control Board                            |
|PHILADELPHIA PA   19141-2025              |Pay Period.. 03/02/2025 - 03/15/2025            |
|                                          |Fed Tax Status: Single or Married Filing Sep    |
|                                          |Fed Tax Allowances: 00   Period: 07/2025        |
|B/U:M1     Group:02    Level:A            |                                                |

| Pay Date       Payment Amount =      Gross     +     Reim.    -      Taxes    -     Deds. |
| 03/28/2025          841.64      =   1,088.00   +      0.00    -     210.36    -     36.00 |

|Gross Current Pay          Rate    Hrs/Unt   Amount                  Year To Date |

|Normal working hours       17.00    64.00    1,088.00                 7,480.00 |
|OT 1.5                                                                  204.00- |
|SDiff 1.0                                                                 0.85- |
|Leave w/out Pay-AbsenceNA                                                       |

|Total Gross                                  1,088.00                 7,275.15 |

|Taxes                                        Amount                  Year To Date |

|Federal            Federal                                                      |
|TX Withholding Tax                            52.16                    334.65   |
|TX EE Social Security Tax                     67.46                    451.06   |
|TX EE Medicare Tax                            15.78                    105.49   |
|State              Pennsylvania                                                 |
|TX Withholding Tax                            33.40                    223.34   |
|TX EE Unemployment Tax                         0.76                      5.09   |
|Local              Philadelphia                                                 |
|TX Withholding Tax                            40.80                    272.82   |

|EE Taxes                                     210.36                   1,392.45  |

|Deductions                                   Amount                  Year To Date |

|PAC - UFCW                                     2.00                     14.00   |
|UFCW - 1776 Union Dues                        34.00                    238.00   |

|Total Deductions                              36.00                    252.00   |

|Non Cash Compensation                        Amount                  Year To Date |

|Reimbursements                               Amount                              |
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 841.64 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 67.46 |
| TX ER Medicare Tax | 15.78 |
| ER Workers Comp Benefit | 23.69 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,088.00 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Keisha B Hamilton                        |Personnel Number.....                        |
|6300 OLD YORK RD APT 1421                |Liquor Control Board                         |
|PHILADELPHIA PA   19141-2025             |Pay Period.. 02/16/2025 - 03/01/2025         |
|                                         |Fed Tax Status: Single or Married Filing Sep |
|                                         |Fed Tax Allowances: 00   Period: 06/2025     |
|B/U:M1     Group:02     Level:A          |                                             |
|_____|_____|
| Pay Date      Payment Amount =       Gross    +     Reim.   -     Taxes   -    Deds.  |
| 03/14/2025          841.66    =    1,088.00   +      0.00   -    210.34   -    36.00  |
|_____|

|Gross Current Pay           Rate    Hrs/Unt   Amount                Year To Date       |
|_____|
|Normal working hours       17.00     64.00   1,088.00                  6,392.00        |
|OT 1.5                                                                   204.00-       |
|SDiff 1.0                                                                  0.85-       |
|Leave w/out Pay-AbsenceNA                                                              |
|_____|
|Total Gross                                  1,088.00                  6,187.15        |
|_____|

|Taxes                                         Amount                Year To Date       |
|_____|
|Federal          Federal                                                               |
|TX Withholding Tax                             52.16                     282.49        |
|TX EE Social Security Tax                      67.45                     383.60        |
|TX EE Medicare Tax                             15.77                      89.71        |
|State            Pennsylvania                                                          |
|TX Withholding Tax                             33.40                     189.94        |
|TX EE Unemployment Tax                          0.76                       4.33        |
|Local            Philadelphia                                                          |
|TX Withholding Tax                             40.80                     232.02        |
|_____|
|EE Taxes                                      210.34                   1,182.09        |
|_____|

|Deductions                                    Amount                Year To Date       |
|_____|
|PAC - UFCW                                      2.00                      12.00        |
|UFCW - 1776 Union Dues                         34.00                     204.00        |
|_____|
|Total Deductions                               36.00                     216.00        |
|_____|

|Non Cash Compensation                         Amount                Year To Date       |
|_____|

|Reimbursements                                Amount                                   |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 841.66 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 67.45 |
| TX ER Medicare Tax | 15.77 |
| ER Workers Comp Benefit | 23.69 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,088.00 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
 _____
|Keisha B Hamilton                       |Personnel Number.....  ███████       |
|6300 OLD YORK RD APT 1421               |Liquor Control Board                 |
|PHILADELPHIA PA   19141-2025            |Pay Period.. 02/02/2025 - 02/15/2025 |
|                                        |Fed Tax Status: Single or Married Filing Sep |
|                                        |Fed Tax Allowances: 00   Period: 05/2025 |
|B/U:M1     Group:02     Level:A         |                                     |
|_____|_____|
| Pay Date       Payment Amount =      Gross     +     Reim.     -     Taxes     -     Deds. |
| 02/28/2025        740.05       =     952.00    +     0.00      -     175.95    -     36.00 |
|_____|

 _____
|Gross Current Pay           Rate    Hrs/Unt   Amount            Year To Date  |
|_____|
|Normal working hours        17.00   56.00     952.00            5,304.00      |
|OT 1.5                                                            204.00-     |
|SDiff 1.0                                                           0.85-     |
|Leave w/out Pay-AbsenceNA                                                     |
|Leave w/out Pay-AbsenceNA   17.00   8.00                                      |
|_____|
|Total Gross                                   952.00            5,099.15      |
|_____|

 _____
|Taxes                                         Amount            Year To Date  |
|_____|
|Federal             Federal                                                   |
|TX Withholding Tax                             37.51              230.33      |
|TX EE Social Security Tax                      59.03              316.15      |
|TX EE Medicare Tax                             13.81               73.94      |
|State               Pennsylvania                                              |
|TX Withholding Tax                             29.23              156.54      |
|TX EE Unemployment Tax                          0.67                3.57      |
|Local               Philadelphia                                              |
|TX Withholding Tax                             35.70              191.22      |
|_____|
|EE Taxes                                      175.95              971.75      |
|_____|

 _____
|Deductions                                    Amount            Year To Date  |
|_____|
|PAC - UFCW                                      2.00               10.00      |
|UFCW - 1776 Union Dues                         34.00              170.00      |
|_____|
|Total Deductions                               36.00              180.00      |
|_____|

 _____
|Non Cash Compensation                         Amount            Year To Date  |
|_____|

 _____
|Reimbursements                                Amount                          |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 740.05 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 59.03 |
| TX ER Medicare Tax | 13.81 |
| ER Workers Comp Benefit | 20.73 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 952.00 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
|  |  |  |  |

| Payroll Area | Z1 |
|---|---|